UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  | ) |  |
|---|---|---|
| HUNTER INNOVATIONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0671 (PLF) |
| | ) | |
| THE TRAVELERS INDEMNITY | ) | |
| CO. OF CONNECTICUT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

      For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

      ORDERED that defendants' motion to dismiss the complaint [4] is GRANTED.

The complaint is DISMISSED without prejudice; it is

      FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 31, 2009